UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

CONGRUI WU,

Petitioner,

v.

ERNESTO SANTACRUZ, et al.,

Respondents.

Case No. 5:26-cv-03552-JDE

JUDGMENT

In accordance with the Order Regarding Petition,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition is: (1) granted in part, with Respondents ORDERED to immediately release Petitioner Congrui Wu (A# 246 975 215) from custody, subject to the conditions of his preexisting parole; and (2) denying the Petition without prejudice in all other respects as moot and/or speculative.

Dated: July 14, 2026 _______

JOHN D. EARLY
United States Magistrate Judge